UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASSANDRA M. GRIMALDI,
Plaintiff

v. C.A. No. 05-189 S

AMERICAN WIRELESS, INC. d/b/a
WIZARD WIRELESS; and
VICTOR W. ANGER
Defendants

**NOTICE OF APPEARANCE**

I, Charles S. Kirwan, hereby enter my appearance on behalf of each of the Defendants in this action.

Respectfully submitted,

DEFENDANTS AMERICAN WIRELESS,
INC. d/b/a WIZARD WIRELESS; and
VICTOR W. ANGER

By their Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

Charles S. Kirwan (Bar #4050)
204 King Phillip Street
Providence, RI 02909-5751
(401) 272-6800
(401) 272-6875 (fax)

CERTIFICATION

I hereby certify that a copy of the foregoing was sent via telecopier and first class mail postage prepaid to Plaintiff's counsel of record, Stephen T. Fanning, Esq. (3900) ATTORNEY AT LAW, 305 South Main Street, Providence, Rhode Island 02903 on this 9th day of June 2005.