UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASSANDRA M. GRIMALDI,
Plaintiff

v.

AMERICAN WIRELESS, INC. d/b/a
WIZARD WIRELESS; and
VICTOR W. ANGER
Defendants

RECEIVED
JUL 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 05-189 S

**STIPULATION EXTENDING DATE FOR RESPONSIVE PLEADINGS**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, to extend the date for the filing of the Defendants' responsive pleadings from June 22, 2005 to August 17, 2005:

STIPULATED AND AGREED TO:

PLAINTIFF CASSANDRA M. GRIMALDI

By her attorney,

Stephen Fanning

Stephen T. Fanning, Esq. (3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)

DEFENDANTS AMERICAN WIRELESS, INC. d/b/a WIZARD WIRELESS; and VICTOR W. ANGER

By their attorneys,

Charles Kirwan (By Permission)

Charles S. Kirwan, Esq. (4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Phillip Street
Providence, RI 02909-5751
(401) 272-6800
(401) 272-6875 (fax)

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/14/05