UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CASSANDRA M. GRIMALDI,
Plaintiff

v.

C.A. No. 05-189 S

AMERICAN WIRELESS, INC. d/b/a
WIZARD WIRELESS; and
VICTOR W. ANGER
Defendants

**STIPULATION EXTENDING DATE FOR RESPONSIVE PLEADINGS**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, to extend the date for the filing of the Defendants' responsive pleadings from August 17, 2005 to September 30, 2005:

STIPULATED AND AGREED TO:

PLAINTIFF CASSANDRA M. GRIMALDI

By her attorney,

Stephen T. Fanning

Stephen T. Fanning, Esq. (3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)

DEFENDANTS AMERICAN WIRELESS, INC. d/b/a WIZARD WIRELESS; and VICTOR W. ANGER

By their attorneys,

Charles S. Kirwan (by permission)

Charles S. Kirwan, Esq. (4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Phillip Street
Providence, RI 02909-5751
(401) 272-6800
(401) 272-6875 (fax)

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/12/05

CERTIFICATION

I hereby certify that a copy of the foregoing was sent via telecopier and first class mail postage prepaid to Defendants' counsel of record, Charles S. Kirwan, Esquire, ATTORNEY AT LAW, 204 King Phillip Street, Providence, Rhode Island 02909 on this 10th day of August 2005.