RECEIVED

OCT 03 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASSANDRA M. GRIMALDI,
Plaintiff

v.

C.A. No. 05-189 S

AMERICAN WIRELESS, INC. d/b/a
WIZARD WIRELESS; and
VICTOR W. ANGER
Defendants

**STIPULATION EXTENDING DATE FOR RESPONSIVE PLEADINGS**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, to extend the date for the filing of the Defendants' responsive pleadings from September 30, 2005 to December 6, 2005 to exhaust informal settlement efforts:

STIPULATED AND AGREED TO:

PLAINTIFF CASSANDRA M. GRIMALDI

By her attorney,

Stephen T. Fanning, Esq. (3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)

DEFENDANTS AMERICAN WIRELESS, INC. d/b/a WIZARD WIRELESS; and VICTOR W. ANGER

By their attorneys,

Charles S. Kirwan, Esq. (4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Phillip Street
Providence, RI 02909-5751
(401) 272-6800
(401) 272-6875 (fax)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/4/05