UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CASSANDRA M. GRIMALDI,
Plaintiff

v. C.A. No. 05-189 S

AMERICAN WIRELESS, INC. d/b/a
WIZARD WIRELESS & VICTOR W. ANGER
Defendants

**STIPULATION TO ENTRY OF JUDGMENT**

The parties, by and through their undersigned Attorneys, hereby stipulate pursuant to Rule 58(b) of the Federal Rules of Civil Procedure that judgment shall enter in favor of the Defendants regarding each Count of the Plaintiff's Complaint. The Parties further stipulate that there shall be no award of costs or fees.

STIPULATED AND AGREED TO:

PLAINTIFF CASSANDRA M. GRIMALDI

By her attorney,

Stephen T. Fanning, Esq. (3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)

DEFENDANTS AMERICAN WIRLESS d/b/a;
WIZARD WIRELESS; and
VICTOR W. ANGER

By their attorneys,

Charles S. Kirwan, Esq. (4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909
(401) 272-6800
(401) 272-6875 (fax)

ENTER WEAm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/20/05

CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first ~~class mail~~ By hand postage prepaid ~~to~~ Defendants counsel of record, Charles S. Kirwan, Esquire, 204 King Phillip Street; Providence, RI 02909.

[signature] 12/15/05