UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CASSANDRA M. GRIMALDI,
Plaintiff

v. C.A. No. 05- 189 S

AMERICAN WIRELESS, INC. d/b/a
WIZARD WIRELESS &
VICTOR W. ANGER
Defendants

CONSENT JUDGMENT

Pursuant to the stipulation of the parties, judgment is hereby entered in favor of the Defendants regarding all Counts of the Plaintiff's Complaint.

Entered, this 20th day of December, 2005.

ORDERED

ENTERED

Date: 12/21/05

Presented by Counsel to Defendants,

Charles S. Kirwan, Esq. (4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Phillip Street
Providence, RI 02909-5751
(401) 272-6800
(401) 272-6875 (fax)

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via telecopier and first class mail postage prepaid to Defendants counsel of record, Charles S. Kirwan, Esquire, 204 King Phillip Street, Providence, Rhode Island 02909 on this 15th day of DECEMBER 2005